■ MARIE CATUSCO, Respondent, v JAMES CATUSCO, Appellant.—In a matrimonial action, the defendant husband appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Queens County, dated January 27, 1976, as, after a nonjury trial, granted plaintiff-respondent a divorce and awarded her alimony. Judgment affirmed insofar as appealed from, with costs. The judgment is adequately supported by the record on this appeal. Cohalan, J. P., Damiani, Rabin and Titone, JJ., concur.